IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

WOODROW WILLIAMS II O/B/O,       §
Z.D., A MINOR                    §
                                 §
V.                               §  CIVIL ACTION NO. 4:12-CV-686-Y
                                 §
CAROLYN W. COLVIN, ACTING        §
COMMISSIONER OF SOCIAL SECURITY  §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 22, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying Z.D.'s claim for child insurance benefits under the Social Security Act.

An order issued that same day gave all parties until November 5 to serve and file with the Court written objections to the findings. Plaintiff has filed objections on behalf of Z.D. and requests that the Court reject the magistrate's findings and render an award of benefits. The commissioner did not file a response.

After carefully reviewing the findings, the record, the relevant case law, and Plaintiff's objections, applying a *de novo* standard of review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision

is AFFIRMED.

SIGNED November 25, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE